**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

   – against –

                                  Docket No.   CR-04-0887

JESUS VELAZQUEZ-BAEZ

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

     The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

     After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

                                     _____
                                     Defendant

_____       _____
U.S. Attorney                           Defendant's Attorney
by AUSA

Dated: Brooklyn, New York

   1/24/06
_____

                  BEFORE:   _____
                               UNITED STATES MAGISTRATE JUDGE